# Order

**Michigan Supreme Court**
**Lansing, Michigan**

June 7, 2006

129944

JAMES A. BECKES,
     Plaintiff-Appellee,

v

DETROIT DIESEL CORPORATION
and NATIONAL UNION FIRE
INSURANCE COMPANY,
     Defendants-Appellants.

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

SC: 129944
COA: 262375
WCAC: 03-000210

_____/

On order of the Court, the application for leave to appeal the October 11, 2005 order of the Court of Appeals is considered and, pursuant to MCR 7.302(G)(1), in lieu of granting leave to appeal, we REMAND this case to the Court of Appeals for consideration as on leave granted.

We do not retain jurisdiction.

KELLY, J., not participating.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

June 7, 2006

_____
Clerk